IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES R. O'BRYAN, JR., | ) | |
| Plaintiff, | ) | 8:06CV446 |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court on the Commissioner's unopposed motion to amend the order and judgment, Filing No. 19.  The court finds the motion should be granted to delete an erroneous reference to Title XVI benefits and to clarify that the Commissioner is directed to award benefits under Title II of the Social Security Act.  Accordingly,

IT IS ORDERED:

1. The Commissioner's motion to amend the judgment (Filing No. 19) is granted.

2. An Amended Memorandum and Order and Amended Judgment will issue this date.

DATED this 27th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge