IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES R. O'BRYAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV446 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Pursuant to the Memorandum and Order entered on September 27, 2007, the court entered judgment in favor of the plaintiff and against the defendant. Filing Nos. 22 and 23. The court remanded this case to the Commissioner with instructions to award benefits. Thereafter, the plaintiff applied for attorney fees on December 26, 2007. Filing Nos. 24 and 25. The defendant filed no response to this motion. The court awarded attorney fees in the amount of $3,762.80 made payable to Attorney Gerald M. Stilmock. Filing No. 26. Thereafter, defendant filed a motion to amend this order requesting that the court award the attorney fees to Attorney Thomas Krause, rather than Gerald M. Stilmock. Filing No. 27. Plaintiff filed a response indicating no resistance to the request. Filing No. 29. After reviewing the record, the court finds the motion should be granted.

     THEREFORE, IT IS ORDERED that plaintiff's motion to amend, Filing No. 27, is granted. The order of this court, Filing No. 26, is amended so that the award of attorney fees in the amount of $3,762.80 is made payable to Thomas A. Krause.

     DATED this 31st day of March, 2008.

                                   BY THE COURT:

                                   s/ Joseph F. Bataillon
                                   Chief District Judge